IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAUSSEAUX, HEWETT &
WALPOLE, INC., a Florida
corporation,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D14-2328

v.

HOPEWELL, LLC,

Respondent.

_____/

Opinion filed July 3, 2014

Petition for Writ of Certiorari -- Original Jurisdiction.

Jay D. O'Sullivan and Sally H. Seltzer of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for Petitioner.

No appearance for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied.

LEWIS, C.J., WOLF and WETHERELL, JJ., CONCUR.